United States District Court
Middle District of Florida
Tampa Division

STATE OF FLORIDA; and
FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION,

    *Plaintiffs,*

v.                                          NO. 8:23-CV-877-TPB-TGW

FOOD AND DRUG ADMINISTRATION; ROBERT M. CALIFF, *in his official capacity as Commissioner of Food and Drugs*; DEPARTMENT OF HEALTH AND HUMAN SERVICES; and XAVIER BECERRA, *in his official capacity as Secretary of Health and Human Services*,

    *Defendants.*

---

## Unopposed Motion for Special Admission

R. Trent McCotter, Esquire, moves for special admission to represent plaintiffs in this action.

I am neither a Florida resident nor a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, U.S. District Court for the Southern District of Texas.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

1

*Florida v. Food and Drug Administration*, No. 8:22-cv-1981 (M.D. Fla.).

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

/s/ R. Trent McCotter

R. Trent McCotter
BOYDEN GRAY & ASSOCIATES, PLLC
801 17th St. NW, #350
Washington, DC 20006
(202) 706-5488
mccotter@boydengrayassociates.com

2

## Local Rule 3.01(g) Certification

I have conferred with the opposing party and represent the opposing party does not oppose my special admission.